UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG RICHARD CHANDLER, <br> Petitioner, <br> v. <br> SCOTT FRAUENHEIM, <br> Respondent. | Case No. 17-cv-00325-EMC <br><br> **ORDER** <br><br> Docket Nos. 17, 18 |

Petitioner filed a notice of appeal and request for a certificate of appealability. His request for a certificate of appealability is **DENIED**. Docket No. 17. This is not a case in which "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see also* 28 U.S.C. § 2253(c). This denial is without prejudice to Petitioner filing a request for a certificate of appealability in the United States Court of Appeals for the Ninth Circuit.

Petitioner's application for leave to proceed *in forma pauperis* on appeal is **DENIED** because Petitioner did not attach to it the necessary certified copy of his inmate trust account statement. Docket No. 18; *see id.* at question 1. Petitioner may file a new application in the United States Court of Appeals for the Ninth Circuit, but is cautioned that he should attach to that application a certified copy of his inmate trust account statement.

**IT IS SO ORDERED**.

Dated: October 18, 2018

EDWARD M. CHEN
United States District Judge